IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PATRICIA CROOMS and AMANDA KIMBLE: :
:
v. : CIVIL ACTION NO. 08-3773
:
LEGAL MEDIATION PRACTICE, INC. :
*d/b/a Legal Mediation Practices* :

O R D E R

**AND NOW, TO WIT:** This __24th__ day of __October__, 2008, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:** __/s/ Michael Finney__
Deputy Clerk to Judge Surrick

Copies FAXED on __10/24/08__ to:

Mark D. Mailman, Esquire
Kenneth Grace, Esquire